**Dr. Scott Barbour**
*Barbour Orthopaedics and Sports Medicine*

DATE: FEBRUARY 2, 2018

5505 Roswell Road
Suite 100
Atlanta, GA 30342
Phone 404-596-7958 Fax 404-596-7958

| DOCTOR | PATIENT | PAYMENT TERMS | DUE DATE |
|---|---|---|---|
| Scott Barbour | Laura Jenkins | Due Upon Receipt | Due Upon Receipt |

| QTY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
| 1 | Medical Narrative<br><br>==Payment is required before production of document.== | $500.00 | $500.00 |
| | | **SUBTOTAL** | $500.00 |
| | | **CREDITS** | 0 |
| | | **TOTAL DUE** | $500.00 |

All payments are to be sent to the address above or paid over the phone. Please put patient's name in memo portion of check.