

# PEACHTREE ORTHOPEDICS

## POC Outside Services Accounting Form

| | |
|---|---|
| **Today's Date:** | **8/15/17** |
| **Company Name (Requestor):** | **Princenthal & May** |
| **Service Date:** | ***** |
| **Requestor's Name (AA):** | **Patricia Payne** |
| **Provider's Name:** | **Shevin Pollydore** |
| **Highlight the type of Outside Service to be performed:**<br><br>1. Medical Record Review<br>2. Excessive Records<br>3. Deposition<br>4. Attorney Meeting<br>5. Attorney Phone Conference<br>6. PPI/MMI Rating Fee<br>7. Questionnaires and **Narratives**<br>8. Special Report and Insurance Forms<br>9. Letters<br>10. Surveillance | Visa<br>Kenneth B Morris<br>4741 6539 9570 8791<br>Exp: 10/20<br>Security Code:061<br><br>Mailing address: 750 Hammond Dr Bldg. 12 #200 Sandy Springs, GA 30328<br><br>Email:mandi@princemay.com |
| **Amount Due:** | **$900.00** |

**Email to:**

| Veronique Hayes | vhaynes@pocatlanta.com |
|---|---|

*For Accounting Use Only*

| **Invoice #** | OS17-01429SDP |
|---|---|

July 2015/alh