IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| LAURA JENKINS, | : | |
| Plaintiff, | : : : | |
| v. | : : | CIVIL ACTION NO. 1:17-CV-00300-LMM |
| TARGET CORPORATION, *et al.*, | : : | |
| Defendants. | : | |

## **ORDER**

This case comes before the Court on Plaintiff's Motion to Hold Non-Party Kendra Brittian in Civil Contempt [66]. On January 23, 2018, this Court ordered non-party Kendra Brittian to show cause why she should not be placed in contempt for failing to attend her deposition. Dkt. No. [71]. In that Order and a subsequent Minute Order, the Court directed the Marshals to serve Ms. Brittian at two addresses which were provided by Plaintiff.

Today, the Court questioned the U.S. Marshals Service as to whether Ms. Brittian had been served and discovered that the U.S. Marshals Service was unable to locate Ms. Brittian at either address. Therefore, tomorrow's contempt hearing is **CANCELLED** as there is no evidence that Ms. Brittian has notice of the hearing. If Plaintiff wishes to pursue Ms. Brittian's contempt, she is

**ORDERED** to provide the Court with an alternative address for Ms. Brittian where personal service may be made within **14 days of this Order**.[1]

**IT IS SO ORDERED** this 27th day of February, 2018.

_____
Leigh Martin May
United States District Judge

---

[1] In review of this matter, the Court notes that Plaintiff's original subpoena appears to have been personally served on Ms. Brittian at a Family Dollar Store in Lithia Springs, Georgia, but this address was not provided to the Court as a current address for Ms. Brittian. See Dkt. No. [66-1] at 1. If this address is still viable, Plaintiff should so state in her subsequent filing.

2